DOUGLAS A. WINTHROP (No. 183532)
douglas.winthrop@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:   415.471.3100
Facsimile:   415.471.3400

*Attorneys for FN Cellars, LLC*

PAUL W. REIDL (No. 155221)
paul@reidllaw.com
LAW OFFICE OF PAUL W. REIDL
241 Eagle Trace Drive
Half Moon Bay, California 94019
Telephone:   650.560.8530

*Attorney for Union Wine Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FN CELLARS, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNION WINE COMPANY, an Oregon corporation,<br><br>                    Defendant. | Case No. 3:15-cv-02301-JD<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterdefendant FN Cellars, LLC ("FN Cellars") and Defendant and Counterclaimant Union Wine Company ("Union Wine"), through their respective counsel of record, hereby stipulate to: (a) the dismissal with prejudice of all causes of action in FN Cellars' Complaint against Union Wine; and (b) the dismissal with prejudice of all causes of action in Union Wine's Counterclaims against FN Cellars.

The parties have agreed to bear their own attorneys' fees and costs.

1  **IT IS SO STIPULATED.**

2  ARNOLD & PORTER LLP                     LAW OFFICE OF PAUL W. REIDL

3

4  By: _____             By: _____
                                               Paul W. Reidl
5      Douglas A. Winthrop                     *Digitally signed by Paul W. Reidl*
                                               *DN: cn=Paul W. Reidl, o=Law Office of Paul W. Reidl, ou, email=paul@reidllaw.com, c=US*
                                               *Date: 2015.10.28 11:21:19 -07'00'*

6      *Attorneys for FN Cellars, LLC*         *Attorney for Union Wine Company*

7

8  Dated: October 28, 2015